UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-031 |
| | ) | |
| JEFFREY MITCHELL GRANADE | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Daniel Gregory Leopard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Daniel Gregory Leopard** be granted leave of absence for the following periods: June 30, 2022 through July 5, 2022; July 11, 2022 through July 18, 2022; July 28, 2022 through August 1, 2022; August 29, 2022 through September 6, 2022.

**SO ORDERED**, this the 21ST day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA